## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Antolin Abonza Torres, | No. 25-cv-2708 (KMM/EMB) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| United States of America, | |
| Respondent. | |

This matter is before the Court on the October 9, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge Elsa M. Bullard. (Dkt. 11.) Judge Bullard recommends that the Amended Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed by Antolin Abonza Torres be denied because Mr. Torres is subject to a final order of removal that makes him ineligible to apply any time credits under the First Step Act to obtain an earlier release date. (*Id.* at 2–3 (citing 18 U.S.C. § 3632(d)(4)(E)(i))).

The deadline for submitting objections to the R&R was October 23, 2025. *See* D. Minn. LR 72.2(b)(1) (providing 14 days to object to an R&R). Mr. Torres has not objected to the R&R. In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted Cnty.*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)).

Based on this Court's careful review of the R&R and the record in this matter, the Court finds no error.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. No. 11) is **ACCEPTED**.

2. The Amended Petition for a writ of habeas corpus filed by Petitioner Antolin Abonza Torres (Dkt. No. 6) is **DENIED**.

3. This matter is **DISMISSED WITH PREJUDICE**.

   **Let judgment be entered accordingly**.

Dated: December 18, 2025                    *s/ Katherine Menendez*
                                            Katherine Menendez
                                            United States District Judge